No. 02–1392. BADER *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 02–1395. CHRUBY *v.* GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 02–1408. ELDER ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* CITY OF HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1412. BIRD *v.* DAVIS, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1453. BIEGANOWSKI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8217. GALLARDO *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 02–8785. CAMPANA-JANSEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8810. MCDERMOTT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–9254. MOORE *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 02–9263. COVILLION *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 02–9273. COOK *v.* NABISCO, INC. C. A. 4th Cir. Certiorari denied.

No. 02–9277. CASTRO-CUELLAR *v.* MILES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–9280. COOPER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–9285. VERA *v.* OGDEN CITY, UTAH. Ct. App. Utah. Certiorari denied.